MARY F. BUFORD *v.* JAMES GUTHERIE AND SAME *v.* SAME.

**Vendor and Purchaser—Vendor's Lien—Foreclosure.**

    In the foreclosure of a vendor's lien securing two notes owned by
the same person, one of which is not due, it is error to decree the
sale as to one subject to a lien of the other note.

APPEAL FROM HENRY CIRCUIT COURT.

April 21, 1873.

OPINION BY JUDGE HARDIN:

These cases, having been heard together, will be so decided.

Waiving other objections taken in the argument to both judg-
ments, we deem it sufficient to say that the first judgment of sale,
being directly in conflict with the decision of this court in the case
of *Emison v. Risque,* 9 Bush 24, in that it directs a sale of the land
for one instalment of purchase money subject to another, it must be
reversed for reasons indicated in the opinion of the court in that
case, and the error in that judgment necessarily invalidates the
other.

Wherefore both judgments are reversed and the causes remanded for further proceedings not inconsistent with this opinion.

Judge Pryor did not sit in this case.

*Rodman, Wheat, for appellant.*

*Thorn & Drane, for appellee.*